Order issued September 20, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01246-CR

### SHAWN LYNN GAGE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-59705-R**

## ORDER

The Court **GRANTS** the State's September 6, 2012 second motion for extension of time to file the State's brief. The State's brief received by the Clerk on September 6, 2012 is **DEEMED** timely filed on the date of this order.

LANA MYERS
JUSTICE